UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEVEN WEATHERSBY (#117605)

CIVIL ACTION

VERSUS

NUMBER 11-203-BAJ-DLD

STATE OF LOUISIANA, BOARD OF
PARDONS AND PAROLE, and
JAMES CALDWELL

**RULING**

The Court has carefully considered the complaint, the record, the law applicable

to this action, and the Report and Recommendation (doc. 6) of United States Magistrate

Docia L. Dalby dated May 31, 2011, to which no objection has been filed, hereby

approves the report and recommendation of the magistrate judge and adopts it as the

Court's opinion herein.

Accordingly, plaintiff's application for habeas corpus relief is dismissed, without

prejudice, for failure to exhaust state remedies.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 22, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA